UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY BURNETT,

                    Plaintiff,

          v.

CITY OF NEW YORK/NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION; CECIL MCMASTER;
MICHAEL SHUM; LISA STEPHENSON; and
MICHAEL WEINBERG (in their individual
and official capacities and as aiders and
abettors),

                    Defendants.

---

No. 24-CV-8725 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

 This case has been referred to Magistrate Judge Cave for all pretrial matters. In light of this referral, the conferences scheduled before this Court are hereby adjourned which the parties may seek to reschedule with Judge Cave.

SO ORDERED.

Dated: March 5, 2025
   New York, New York

_____
Ronnie Abrams
United States District Judge