UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY BURNETT,

                Plaintiff,

  -v-                                 CIVIL ACTION NO. 24 Civ. 8725 (RA) (SLC)

CITY OF NEW YORK, et al.,                  **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (See ECF No. 39). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The Court observes that there are open issues regarding Plaintiff's efforts to effect service on Defendants. (See ECF Nos. 35, 37). The Corporation Counsel for the City of New York claims as much in a letter dated February 27, 2025, asserting that "Plaintiff's affidavits of service . . . contain numerous suspect representations." (ECF No. 35 at 1). In addition, Defendant Lisa Stephenson has submitted a letter disputing Plaintiff's claim that she has been properly served. (ECF No. 41). To discuss these service-related issues, a telephone conference is scheduled for

**Wednesday, March 12, 2025 at 12:00 p.m. EST** on the Court's Microsoft Teams platform. The parties, including Ms. Stephenson, are directed to call: (646) 453-4442; access code: 677-337-767#, at the scheduled time. Defendants' deadlines to answer or otherwise oppose the Complaint are meanwhile ADJOURNED SINE DIE.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Stephenson at 161-14 118th Ave, Jamaica, NY 11434.

Dated:     New York, New York
           March 6, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge