UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY BURNETT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 24 Civ. 8725 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic conference held today, March 12, 2025, the Court orders as follows:

1. Counsel for Plaintiff shall serve the summons and Complaint on Ms. Stephenson at her residence (at the address below) **tomorrow, March 13, 2025, between the hours of 9:00 a.m. and 5:00 p.m.**

2. All Defendants' deadline to answer, move against, or otherwise respond to the Complaint is extended up to and including **Monday, April 14, 2025.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Stephenson at 161-14 118th Ave, Jamaica, NY 11434.

Dated:　　　New York, New York
　　　　　　March 12, 2025

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**