UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
TRACY BURNETT,                                    :

        Plaintiff,                             :

                                      1:24-cv-08725-RA-SLC

        v.                                      :

                                      :

CITY OF NEW YORK/NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL           :
PROTECTION et al.,

                                      :

        Defendants.
---------------------------------------------------x

## ~~PROPOSED~~ ORDER – WITHDRAWAL OF COUNSEL

        The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendants, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated:  New York, New York
        April 28, 2025

                                            PADUANO & WEINTRAUB LLP

                                            By: /s/ Bryan C. Olert
                                                  Bryan C. Olert
                                            1251 Avenue of the Americas
                                            Ninth Floor
                                            New York, New York 10020
                                            (212) 785-9100
                                            bco@pwlawyers.com

April 29, 2025

SO ORDERED

*Sarah f. Cave* (signature)
_____
Magistrate Judge Sarah L. Cave