THE LAW OFFICES OF

*Special | Hagan*

88-08 JUSTICE AVENUE APT. 16I
ELMHURST, NEW YORK 11373
P: (917) 337-2439
F(914)-462-4137
SPECIAL@HAGANLAWOFFICES.NET

Friday, June 6, 2025

Honorable Judge Sara L. Cave
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

RE: **Tracy Burnett v. City of New York et. al.**
**Docket No. 24-08725 (RA)(SLC)**

Dear Honorable Judge Cave:

I respectfully write the Court as Counsel for Plaintiff in the above-captioned matter. I write to request that Plaintiff have until July 3, 2025 to file her opposition to Defendants' motions. Pursuant to the Local Rules, Plaintiff's opposition is due on June 12, 2025. I seek an extension in order to fully address both applications and to work with my client in so doing. Both attorneys for the named Defendants have been contacted, and both have consented to my request.

Respectfully Submitted,

Special Hagan, Esq.

Attorney for Plaintiff,
Tracy Burnett

To:    Dominique Anglade, Esq.,
       Assistant Corporation Counsel
       Attorney for Defendants: McMaster, Weinberg and Shum

       Vincent Sykes, Esq.,
       Attorney for Defendant Lisa Stephenson

Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file her opposition to Defendants' Motion to Dismiss by **Monday, July 7, 2025.**

The Clerk of the Court is respectfully directed to close ECF No. 62.

SO ORDERED    6/9/25

SARAH L. CAVE
United States Magistrate Judge