UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY BURNETT,

               Plaintiff,          CIVIL ACTION NO. 24 Civ. 8725 (RA) (SLC)

  -v-                                  **ORDER**

CITY OF NEW YORK, et al.,

               Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 72 requesting that her letter be filed under seal is GRANTED.

The Clerk of Court is respectfully directed to seal the main document at ECF No. 72 ONLY so that it is visible to Plaintiff and the Court and to keep ECF No. 72-1 visible to the public. The Clerk of the Court is further directed to close ECF No. 72.

Dated:    New York, New York        SO ORDERED.
             July 16, 2025

_____
**SARAH L. CAVE**
**United States Magistrate Judge**