UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY BURNETT,

                    Plaintiff,

      v.

CITY OF NEW YORK/NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION; CECIL MCMASTER;
MICHAEL SHUM; LISA STEPHENSON;
and MICHAEL WEINBERG (in their
individual and official capacities and as
aiders and abettors),

                    Defendants.

No. 24-CV-8725 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       Plaintiff has requested oral argument on Defendants' motions to dismiss the Complaint.

Oral argument will be held on Defendants' motions on February 20, 2026 at 3:00 p.m. at the

Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY

10007.

SO ORDERED.

Dated:    January 30, 2026
           New York, New York

                                    Ronnie Abrams
                                    United States District Judge