UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY BURNETT,

               Plaintiff,

        v.

CITY OF NEW YORK/NEW YORK CITY DEPARTMENT
OF ENVIRONMENTAL PROTECTION; CECIL
MCMASTER; MICHAEL SHUM; LISA STEPHENSON; and
MICHAEL WEINBERG (in their individual and official
capacities and as aiders and abettors),

               Defendants.

No. 24-CV-8725 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 13, 2026, Plaintiff filed a First Amended Complaint, with six exhibits. *See* Dkt. No. 89. Later that same day, Plaintiff filed a second document, also titled a First Amended Complaint, and also with six exhibits. *See* Dkt. No. 90. The two filings are different lengths and do not appear to be identical. No later than March 17, 2026, Plaintiff shall submit a letter informing the court which filing contains the operative complaint and formally withdrawing the non-operative filing. Defendants' time to respond shall begin to run from the filing of Plaintiff's letter.

SO ORDERED.

Dated:      March 16, 2026
           New York, New York

                                                                            Ronnie Abrams
                                                                       United States District Judge