UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY BURNETT,

                                  Plaintiff,

        -v-                                                CIVIL ACTION NO. 24 Civ. 8725 (RA) (SLC)

CITY OF NEW YORK, et al.,                                                **ORDER**

                                  Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        On February 18, 2026, the Court ordered Defendants to respond to the First Amended

Complaint by April 30, 2026.  (Dkt. Entry dated Feb. 18, 2026).  To date, Defendants have not filed

any response to the First Amended Complaint (Dkt. No. 92).  Accordingly, the Court sua sponte

EXTENDS the deadline to answer, move, or otherwise respond to the First Amended Complaint

to **Friday, May 8, 2026**.

Dated:          New York, New York
                May 1, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**