UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY BURNETT,

                      Plaintiff,

   -v-

CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 8725 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of:  (1) the City Defendants' letter requesting an extension of time to respond to the First Amended Complaint ("FAC") (Dkt. No. 112); (2) Plaintiff's letter requesting an extension of time to oppose the Motions to Dismiss of both Defendant Lisa Stephenson ("Stephenson") and the City Defendants.  (Dkt. No. 114); and (3) Stephenson's Motion to Dismiss the FAC, including an Amended Notice of the Motion to Dismiss.  (Dkt. Nos. 111; 113; 115).

The deadline for all Defendants to answer, move, or otherwise respond to the Complaint was April 30, 2026.  (Dkt. Entry dated Feb. 18, 2026).  After Defendants failed to comply with that deadline, rather than hold Defendants in default and in the interests of a fair and efficient resolution of this action on the merits, see Fed. R. Civ. P. 1, the Court sua sponte extended Defendants' deadline by one week, to May 8, 2026.  (Dkt. No. 110).   The Court has since been informed that the Plaintiff and the City Defendants were corresponding about a briefing schedule on the City Defendants' anticipated Motion to Dismiss under the assumption that the Court had extended the briefing schedule by five days.  (Dkt. No. 112).  Accordingly, the City Defendants' request for an extension of time to respond to the FAC until **Friday, May 15, 2026** is GRANTED. Plaintiff's request for an extension of time to file an opposition to the Motions to Dismiss of the

City Defendants and Stephenson until **Wednesday, July 1, 2026** is GRANTED.  The deadline for the replies of all Defendants, if any, is EXTENDED to **Friday, July 17, 2026**.

With respect to Stephenson's Motion to Dismiss, the Court accepts the Amended Notice of Motion.  (Dkt. No. 115).

The Clerk of the Court is respectfully directed to close Dkt. Nos. 112, 114, and 115.

Dated:      New York, New York          SO ORDERED.
            May 4, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2