UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY BURNETT,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 8725 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the motion of Plaintiff Tracy Burnett ("Plaintiff") "for reconsideration and objection to August 5, 2026 Order (ECF. 141) pursuant to Fed. R. Civ. P. 72." (Dkt. No. 144 at 1 (the "Motion")). In the August 5, 2026 order, this Court granted in part Plaintiff's request to take judicial notice of certain documents in connection with the pending motions to dismiss (Dkt. Nos. 111; 117), denied Plaintiff's request for leave to supplement her opposition to the City Defendants' motion to dismiss (Dkt. No. 125), and declined to refer the action to the court-annexed mediation program. (Dkt. Nos. 129; 131; 141 (the "Aug. 5 Order")).

As Plaintiff acknowledges, the legal standards for reconsideration of the Aug. 5 Order and for objections to the Aug. 5 Order are not the same. (Dkt. No. 144 at 11-12). In addition, a request for reconsideration of the Aug. 5 Order would be directed to the undersigned, while objections would be directed to the Honorable Ronnie Abrams, the United States District Judge assigned to this action. See Fishman v. City of New Rochelle, No. 19 Civ. 265 (NSR), 2023 WL 8483017, at *2 (S.D.N.Y. Nov. 28, 2023) (explaining the difference between filing objections to a Magistrate Judge's non-dispositive order and moving for reconsideration of that order). Filing both a request for reconsideration and objections in the same document is not permitted. See

Joint Stock Co. "Channel One Russia Worldwide" v. Infomir LLC, No. 16 Civ. 1318 (GBD) (BCM), 2022 WL 61321, at *2 (S.D.N.Y. Jan. 6, 2022) ("A party that is unhappy with a non-dispositive order issued by a magistrate judge may not seek reconsideration of that order from the magistrate judge under Rule 6.3 while at the same time 'appealing' (filing objections to) the same order before the presiding district judge pursuant to Rule 72(a).")

Accordingly, Plaintiff's Motion is **DENIED WITHOUT PREDJUDICE**. If Plaintiff seeks reconsideration of the Aug. 5 Order, then Plaintiff may file a motion for reconsideration of the Aug. 5 Order addressed to the undersigned pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 60(b). Alternatively, if Plaintiff seeks to object to the Aug. 5 Order, then Plaintiff may file objections to the Aug. 5 Order addressed to Judge Abrams.

The Clerk of the Court is respectfully directed to close Dkt. No. 144.

Dated: New York, New York
August 20, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**